UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Defendant*. | Civil Action No. 19-1515 (CJN) |

## JOINT STATUS REPORT

Pursuant to this Court's April 27, 2020, Minute Order, the parties, by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this Freedom of Information Act case was filed on May 23, 2019 against Defendant the Consumer Financial Protection Bureau. Defendant answered the Complaint on June 27, 2019.

2. As previously reported, Defendant provided Plaintiff with an informal search description and a draft *Vaughn* index. Plaintiff has now reviewed these materials and the parties have agreed to file a Stipulation of Dismissal, filed concurrently with this Joint Status Report.

Dated: May 22, 2020

Respectfully submitted,

/s/ *Kristen P. Miller*
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H Street, NW
Washington, D.C. 20005
(202) 448-9090
kmiller@democracyforward.org

*Counsel for Plaintiff*

AND

MICHAEL R. SHERWIN
Acting United States Attorney
For the District of Columbia

DANIEL F. VAN HORN,
D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Derek S. Hammond*
      DEREK S. HAMMOND,
      D.C. Bar No. 1017784
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2511
      derek.hammond@usdoj.gov

*Counsel for Defendant*