UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Defendant.* | Civil Action No. 19-1515 (CJN) |

## STIPULATION OF DISMISSAL

Plaintiff Democracy Forward Foundation and Defendant the Consumer Financial Protection Bureau hereby stipulate to the dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii), in light of Defendant's representation that it has completed production. Each party will bear its own attorneys' fees and costs.

Dated: May 22, 2020

Respectfully submitted,

/s/ *Kristen P. Miller*
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H Street, NW
Washington, D.C. 20005
(202) 448-9090
kmiller@democracyforward.org

*Counsel for Plaintiff*

AND

MICHAEL R. SHERWIN
Acting United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By: /s/ *Derek S. Hammond*
   DEREK S. HAMMOND, D.C. Bar No. 1017784
   Assistant United States Attorney
   555 Fourth Street, N.W.
   Washington, D.C. 20530
   (202) 252-2511
   derek.hammond@usdoj.gov

   *Counsel for Defendant*

2